STEPHEN J. USOZ, ESQ., STATE BAR NO. 189095
LESLIE HOLMES, ESQ., STATE BAR NO. 192608
HOGAN HOLMES & USOZ LLP
333 W. Santa Clara Street, Suite 800
San Jose, California 95113
Telephone: (408) 292-7600
Facsimile: (408) 292-7611

Attorneys for Plaintiff, Catherine Pickard

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE PICKARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN LEANDRO, a public entity, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C-09-03647 CRB<br><br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff CATHERINE PICKARD and Defendant City of San Leandro by and through their counsel of record, respectfully submit the present Stipulation dismissing Pickard's complaint in the above-captioned matter. The parties further agree that the parties shall bear their own costs associated with the maintenance and defense of the claims set forth herein.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with Prejudice.</u> Plaintiff Catherine Pickard dismisses with prejudice her complaint in the above-captioned matter.

2. <u>Costs</u>. The parties shall bear their own costs and fees incurred in the prosecution and defense of the above-captioned matter. In no event shall either Plaintiff or Defendant City of San Leandro be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense or dismissal with prejudice of the above-captioned matter.

IT IS SO STIPULATED.

Dated: 9/14/10

HOGAN HOLMES & USOZ LLP

_____
STEPHEN J. USOZ
Attorneys for Plaintiff
CATHERINE PICKARD

Dated: 8/17/10

MEYERS, NAVE, RIBACK, SILVER & WILSON

_____
JESSE LAD
Attorneys for Defendant
CITY OF SAN LEANDRO

ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs and fees. The Clerk of the Court is hereby directed to close the filed.

IT IS SO ORDERED.

Dated: Sept. 15, 2010

JUDGE CHARLES R. BREYER
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

-2-